UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-M-502

FILED
SEP 17 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
                                ) ORDER ALLOWING DISMISSAL OF
    v.                          ) CRIMINAL INFORMATION AND
                                ) WITHDRAWAL OF ARREST WARRANT
LUIS A. CARABALLO )

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE